UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CT RESIDUAL HOLDINGS, INC.,

    Plaintiff,

v.

APTIV CORPORATION, *et al.*,

    Defendants.

Case No. 19-cv-13451
Hon. Matthew F. Leitman

_____/

# ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS AS MOOT (ECF No. 8)

On November 27, 2019, Defendant APTIV Corporation filed a Motion to Dismiss Plaintiff's First Amended Complaint. (*See* Mot., ECF No. 8.) APTIV argued, among other things, that Plaintiff CT Residual Holdings' First Amended Complaint did not plead sufficiently detailed or specific factual allegations to state a plausible claim under the Supreme Court's decisions in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007). (*See id.* at PageID.56–57, 59.) On December 4, 2019, the Court granted CT leave to file a Second Amended Complaint in order to remedy the purported pleading defects identified by APTIV. (*See* Order, ECF No. 9.) The Court informed the parties that, "[u]pon the filing of a Second Amended Complaint, the Court will terminate without

1

prejudice APTIV's currently-pending motion to dismiss as moot." (*Id.* at PageID.81.)

CT has since filed a Second Amended Complaint. (*See* 2d Am. Compl., ECF No. 12.) APTIV has filed a timely answer to the amended complaint. (*See* Answer, ECF No. 13.) Accordingly, the Court **TERMINATES AS MOOT** APTIV's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 8).

**IT IS SO ORDERED**.

Dated: January 30, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764