UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CT RESIDUAL HOLDINGS INC.,

    Plaintiffs,

v.

APTIV PLC, APTIV CORPORATION, and
DELPHI CORPORATION,

    Defendants/Counter-Plaintiffs

v.

CT RESIDUAL HOLDINGS, INC.,
DAVID P. PLOUCHA, and WILLIAM
E. LEISENRING,

    Counter-Defendants.

Case No. 19-cv-13451
Hon. Matthew F. Leitman

_____/

### ORDER (1) DENYING COUNTER-DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 25, 26) AND (2) STAYING ALL DATES PENDING PARTIES' FACILITATION

On March 5, 2020, Counter-Defendants David P. Ploucha and William E. Leisenring filed motions to dismiss Defendants/Counter-Plaintiffs' Aptiv and Aptiv PLC's Counterclaim for declaratory judgment and breach of contract. (*See* Mots., ECF No. 25, 26.) Plaintiff CT Residual Holdings filed a notice of concurrence and joinder in those motions. (*See* ECF No. 31.)

1

The Court held a hearing on the motions on September 10, 2020. For the reasons stated on the record during the hearing, the motions are **DENIED**. As further explained on the record, all dates in the Court's case management and scheduling order are **STAYED** until further order of the Court following the parties' facilitation.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2020, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764